UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
JAN 0 9 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JASON F. WILSON,<br><br>Defendant - Appellant. | No. 03-30220<br>D.C. No. CR-02-00086-aka-JWS<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REMANDED**.

Filed and entered 12/12/05



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN - 5 2006

by: [signature]
Deputy Clerk

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 12 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 03-30220 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-02-00086-aka-JWS |
| v. | |
| JASON F. WILSON, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Alaska
John W. Sedwick, District Judge, Presiding

Submitted December 5, 2005**

Before:    GOODWIN, W. FLETCHER and FISHER, Circuit Judges.

Jason F. Wilson appeals his 151-month sentence imposed following a guilty-plea conviction to conspiracy to possess with intent to distribute a

---

\*    This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

\*\*    This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

controlled substance in violation of 21 U.S.C. § 846. We have jurisdiction pursuant to 28 U.S.C. § 1291.

Because Wilson was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand to the sentencing court for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084-85 (9th Cir. 2005) (en banc). *See United States v. Moreno-Hernandez*, 419 F.3d 906, 916 (9th Cir. 2005).

We decline to consider the arguments Wilson raised for the first time in his reply brief. *See United States v. Wright*, 215 F.3d 1020, 1030 n.3 (9th Cir. 2000).

**REMANDED.**



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN - 5 2006

by: *[signature]*
Deputy Clerk