Allison E. Mendel, Esq.
Counsel for Defendant
MENDEL & ASSOCIATES
431 West Seventh Avenue, Suite 101
Anchorage, Alaska 99501
(907) 279-5001 Phone /(907) 279-5437 Facsimile
amendel-mendel@gci.net
Alaska Bar No. 8310136

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | DC No.: A02-0086-CR (JWS) |
| ) | |
| vs. ) | |
| ) | |
| JASON FREDRICK WILSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**MOTION TO WITHDRAW AS COUNSEL AND FOR SUBSTITUTION**

COMES NOW, Allison Mendel of Mendel & Associates, appointed counsel for Jason Fredrick Wilson, and files this motion to withdraw as counsel and for substitution of counsel of the office of the Federal Public Defender, so that new counsel can be appointed to represent defendant for the remanded sentencing issue.

Current counsel was appointed as CJA counsel to represent defendant in his appeal to the Ninth Circuit. The appeal case has been decided and remanded to District Court for sentencing issues. New counsel should be appointed through the Federal Public Defender with experience in sentencing issues.

Current counsel has contacted the Federal Public Defender and they are ready to appoint new counsel upon the Court's order. The address and telephone numbers of the local Federal Public Defender is 550 West Seventh Avenue, Suite 1600, Anchorage, Alaska 99501, (907) 646-3400 phone, (907) 646-3480 facsimile. Counsel has spoken to defendant about this substitution.

MENDEL & ASSOCIATES

DATE: January 25, 2006

/s/ Allison Mendel
Attorney for Jason Wilson
431 W. 7th Avenue, Suite 101
Anchorage, AK 99501
(907) 279-5001 PH/ (907) 279-5437 FAX
amendel-mendel@gci.net
Alaska Bar No. 8310136

CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2006, the forgoing Motion to Withdraw and for Substitution of Counsel was served electronically on:

Stephan Collins
Asst. U.S. Attorney
222 W. 7th Ave. #9, Rm. 253
Anchorage, AK 99513-7567

By: /s/ Allison Mendel