Allison E. Mendel, Esq.
Counsel for Defendant
MENDEL & ASSOCIATES
431 West Seventh Avenue, Suite 101
Anchorage, Alaska 99501
(907) 279-5001 Phone /(907) 279-5437 Facsimile
amendel-mendel@gci.net
Alaska Bar No. 8310136

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>JASON FREDRICK WILSON, )<br>)<br>Defendant. )<br>_____) | DC No.: A02-0086-CR (JWS) |

**(PROPOSED) ORDER GRANTING MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL**

Defendant's Motion for Withdrawal of Counsel and for Substitution is GRANTED.  Allison Mendel is hereby withdrawn as counsel for defendant and the Federal Public Defender is substituted in as counsel for defendant.  The Federal Public Defender shall appoint new counsel to represent defendant and immediately notify the Court of the new counsel.

DATED: _____         _____
                                  JOHN W. SEDWICK
                                  U.S. DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2006, the forgoing Proposed Order on Motion to Withdraw and for Substitution was served electronically on:

Stephan Collins
Asst. U.S. Attorney
222 W. 7th Ave. #9, Rm. 253
Anchorage, AK 99513-7567

By: /s/ Allison Mendel

(PROPOSED) ORDER GRANTING MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL
*U.S.A. V. WILSON*, A02-0086-CR (JWS) – PAGE 2 OF 2