MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*  v.  *JASON FREDERICK WILSON (1)*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:02-cr-00086-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: January 30, 2006

    This matter has been remanded for possible re-sentencing pursuant to *United States v. Ameline*, 409 F.3d 1073 (9th Cir. 2005) (en banc).

    If a party believes that a re-sentencing is appropriate in this case, such party shall file a memo indicating why re-sentencing is requested within 30 days from the date of this order.