John C. Pharr
Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK Bar #8211140

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JASON F. WILSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No.  3:02-cr-0086-JWS |

### MOTION TO ACCEPT DEFENDANT'S
### BRIEF ON REMAND AS FILED ON MARCH 2, 2006

COMES NOW DEFENDANT JASON F. WILSON by and through his attorney of record JOHN C. PHARR of the LAW OFFICES OF JOHN C. PHARR and hereby requests that this court accept his Brief on Remand as filed on today's date, Thursday, March 2, 2006. This motion is supported by the attached affidavit of counsel and proposed order.

Dated at Anchorage, Alaska, this 2nd day of March 2006.

LAW OFFICES OF JOHN C. PHARR

s/John C. Pharr
Attorney for Defendant
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140

1

**<u>Certificate of Service</u>**

That on the 1st day of March, 2006, a copy of this document was served by electronic filing upon, AUSA Stephan Collins.

By: s/John C. Pharr, Esq.