John C. Pharr
Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK Bar # 8211140

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JASON F. WILSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | **Case No. 3:02-cr-0086-JWS** |

### [PROPOSED] ORDER

The court having considered the defendant's motion to accept his Brief on Remand as filed on today's date, and good cause having been shown,

It is hereby ORDERED that Jason Wilson's motion is GRANTED. Defendant's Brief on Remand is hereby accepted as filed on today's date, Thursday, March 2, 2006.

Dated at Anchorage, Alaska, this _____ day of March 2006.

_____
US District Court Judge

**Certificate of Service**

That on this 2nd day of March 2006, a copy of this document was served by electronic filing upon AUSA Stephan Collins via electronic means.

By: s/John C. Pharr