John C. Pharr
Law Offices of John C. Pharr
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK Bar # 8211140

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,  )
                           )
    v.                   )
                           )
JASON F. WILSON,  )
                           )
         Defendant.  )
_____)   **Case No.  3:02-cr-0086-JWS**

## AFFIDAVIT OF COUNSEL

I, John C. Pharr, depose and state as follows.

1.      I am the attorney for the defendant named above.

2.      I make this affidavit in support of my client's motion to accept his Brief on Remand as filed on today's date, Thursday, March 2, 2006.

3.      Yesterday I tried to e-file for a one-day extension of time, but for technical reasons we could not get it filed.

4.      The brief is completed and I am filing it today, after discussing e-filing with the technical staff.

5.      The government will not be prejudiced by this request, inasmuch as defendant was sentenced to 151 months, and has another 4 years to serve on a state charge.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

s/ John C. Pharr 3/1/06
Attorney for Defendant
733 W. 4th Ave, Suite 308
Anchorage, Alaska 99501
Phone: 907/272-2525
Fax: 907/277-9859
E-mail: jpharr@gci.net
AK # 8211140


s/Sharon R. Leippi,
Notary in and for the State of Alaska,
My commission expires: 6/8/06


**Certificate of Service**

That on the 2nd day of March 2006, a copy of this document was served by electronic filing upon AUSA Stephan Collins via electronic means.

By: s/John C. Pharr