DEBORAH M. SMITH
Acting United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00086-JWS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **NOTICE** |
| vs. | ) | |
| JASON F. WILSON, | ) | |
| Defendant. | ) | |

    COMES NOW the United States Attorney's Office, by and through

Stephan A. Collins, Assistant U.S. Attorney, and hereby enters a substitution of

counsel on behalf of the United States of America.

All further pleadings and correspondence, etc. shall be sent to the following

address:

Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, AK  99513-7567
(907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

RESPECTFULLY SUBMITTED on this 3rd day of March, 2006, in

Anchorage, Alaska.

                                        DEBORAH M. SMITH
                                        Acting United States Attorney

                                        s/ Stephan A. Collins
                                        Assistant U.S. Attorney
                                        222 West 7th Ave., #9, Rm. 253
                                        Anchorage, AK 99513-7567
                                        Phone: (907) 271-5071
                                        Fax: (907) 271-1500
                                        E-mail: stephan.collins@usdoj.gov
                                        AK Bar No. 8911061

**CERTIFICATE OF SERVICE**
I hereby certify that on March 3, 2006
a copy of the foregoing NOTICE OF
APPEARANCE  was served
via electronically to:

John C. Pharr

s/ Larry D. Card