MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *JASON FREDERICK WILSON (1)*

THE HONORABLE JOHN W. SEDWICK           CASE NO. 3:02-cr-00086-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**           Date:  April 12, 2006

     The motion for extension of time at docket 114 is **GRANTED** as follows:  The brief on remand is deemed to have been timely filed on March 2, 2006.