MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *JASON FREDERICK WILSON (1)*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:02-cr-00086-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: May 16, 2006

On or before **May 30, 2006**, the United States will please file a response to the motion/brief at docket 116 filed by defendant Wilson.
.