MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *JASON FREDERICK WILSON (1)*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:02-cr-00086-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  September 8, 2006

At docket 134, defendant Wilson moves for a certificate of appealability.  The motion is **DENIED**, because certificates of appealability are required for appeals in cases based on 28 U.S.C. § 2254 or § 2255, but the matter *sub judice* arises in connection with defendant's direct appeal and an *Ameline* remand.  In sum, a certificate of appealability does not appear to be required.