# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District **Alaska** |
|---|---|
| Name (under which you were convicted):<br>**Jason Wilson** | Docket or Case No.:<br>**3:02-cr-00086(JWS)** |
| Place of Confinement:<br>**United States Penitentiary at Lompoc** | Prisoner No.:<br>**14495-06000** |
| UNITED STATES OF AMERICA | Movant (Include name under which you were convicted) |
| v. **Jason Frederick Wilson** | |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   **United States District Of alaska,**

   (b) Criminal docket or case number (if you know): **3:02-cr-00086(JWS)**

2. (a) Date of the judgment of conviction (if you know): **December 9, 2002**

   (b) Date of sentencing: **May 6, 2003**

3. Length of sentence: **151 Months**

4. Nature of crime (all counts): **Violation 21   USC § 846**

5. (a) What was your plea? (Check one)

   (1)   Not guilty ☐       (2)   Guilty ☑       (3)   Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

   **One Count Indictment**

6. If you went to trial, what kind of trial did you have? (Check one)        Jury ☐        Judge only ☐

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☒

8.  Did you appeal from the judgment of conviction?    Yes ☒    No ☐

9.  If you did appeal, answer the following:

    (a) Name of court: __9th Circuit Court of Appeals__

    (b) Docket or case number (if you know): __No. 03-30220__

    (c) Result: __Remand pursuant U.S. v. Ameline, 409 F.3d 1073, en bance__

    (d) Date of result (if you know): __Sentence remained the same__

    (e) Citation to the case (if you know): __U.S. Wilson, No. 03-30220, Unpublished, 1/5/06__

    (f) Grounds raised: __Blakely Requires A Jury Verdict or Admission of Predicte__
__Convictions if The Convictioins are used to enhance a Defendant' Sentence__

    (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

        If "Yes," answer the following:

        (1) Docket or case number (if you know): __N/A__

        (2) Result: _____

        (3) Date of result (if you know): _____

        (4) Citation to the case (if you know): _____

        (5) Grounds raised: _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

        Yes ☐    No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: __N/A__

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____ N/A _____

(5) Grounds raised: ___ N/A ___

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❑   No ❑        N/A

(7) Result: ___ N/A ___

(8) Date of result (if you know): __ N/A __

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: ___ N/A ___

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____ N/A _____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❑   No ❑        N/A

(7) Result: _____

(8) Date of result (if you know): __ N/A __

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?        N/A

(1)  First petition:        Yes ❑   No ❑

(2)  Second petition:    Yes ❑   No ❑ N/A

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly
why you did not N/A _____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the
Constitution, laws, or treaties of the United States. Attach additional pages if you have more
than four grounds. State the facts supporting each ground.

GROUND ONE: ___Ineffective Assistance of Counsel: Petitioner Was Denied
Effective Assistance of Counsel___

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Counsel Failed to Challenge The District Court's Applicatioon of USSG §§
4B1.1 and 4B1.2-Career offender: See Memorandum of Law Attached

_____

_____

_____

_____

_____

_____

_____

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Counsel Failed to Do
Do _____

_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____N/A_____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____**N/A**_____

Date of the court's decision: **n/a**_____

Result (attach a copy of the court's opinion or order, if available): __**N/A**_____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑    No ❑    **N/A**

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑    No ❑    **N/A**

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑    No ❑    **N/A**

(6) If your answer to Question (c)(4) is "Yes," state:    **N/A**

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): __**N/A**_____

Date of the court's decision:**N/A**_____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____**N/A**_____

_____

_____

_____

_____

**GROUND TWO:** _____**N/A**_____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑  No ❑  **N/A**

    (2) If you did not raise this issue in your direct appeal, explain why: **N/A**

(c) **Post-Conviction Proceedings:**    **N/A**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑  No ❑  **N/A**

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: **N/A**

    Name and location of the court where the motion or petition was filed: **N/A**

    Docket or case number (if you know): **N/A**

    Date of the court's decision: **N/A**

    Result (attach a copy of the court's opinion or order, if available): **N/A**

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑  No ❑  **N/A**

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑  No ❑  **N/A**

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑  No ❑  **N/A**

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: **N/A**

    Docket or case number (if you know): **N/A**

    Date of the court's decision: **N/A**

    Result (attach a copy of the court's opinion or order, if available): **N/A**

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____**N/A**_____

_____

_____

_____

_____

**GROUND THREE:** _____**N/A**_____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_____**N/A**_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**(b) Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑   No ❑        **N/A**

(2) If you did not raise this issue in your direct appeal, explain why: _____**N/A**_____

_____

_____

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ❑   No ❑        **N/A**

(2) If your answer to Question (c)(1) is "Yes," state:
        **N/A**
Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____**N/A**_____

Docket or case number (if you know): __**N/A**_____

Date of the court's decision: _____**N/A**_____

Result (attach a copy of the court's opinion or order, if available): __N/A__

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❑   No ❑   **N/A**

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❑   No ❑   **N/A**

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑   No ❑

                                 **N/A**

(6) If your answer to Question (c)(4) is "Yes," state:

                                              **N/A**

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): __N/A_____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or
raise this issue: __N/A_____

_____

_____

_____

_____

**GROUND FOUR:** _____N/A_____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

    __N/A_____

_____

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Four** N/A

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑ No ❑    N/A

    (2) If you did not raise this issue in your direct appeal, explain why: _____N/A_____

    _____

    _____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑ No ❑    N/A

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____N/A_____

    Name and location of the court where the motion or petition was filed: _____

    _____N/A_____

    Docket or case number (if you know): _____N/A_____

    Date of the court's decision: _____N/A_____

    Result (attach a copy of the court's opinion or order, if available): _____

    N/A

    _____

    _____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑ No ☑ N/A

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑ No ❑    N/A

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑ No ❑    N/A

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____N/A_____

    _____

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____N/A_____

    Result (attach a copy of the court's opinion or order, if available): _____N/A_____

    _____

    _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ___N/A___

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __See Memorandum of Law Attached__

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?    Yes ❑    No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.__N/A__

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: __William P. Bryson,__

(b) At arraignment and plea: __Same__

(c) At trial: __Same__

(d) At sentencing: __Same__

**Allison Mendel**

(e) On appeal: _____

(f) In any post-conviction proceeding: ___N/A_____

(g) On appeal from any ruling against you in a post-conviction proceeding: ___N/A_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ❑ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ❑ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ___N/A_____

(b) Give the date the other sentence was imposed: ___N/A_____

(c) Give the length of the other sentence: ___N/A_____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ❑ No ❑

   N/A

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*_____ See, Dodd v. United States, 545 US 353 _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.
§ 2255, paragraph 6, provides in part that:
   A one-year period of limitation shall apply to a motion under this section. The limitation period
   shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in
        violation of the Constitution or laws of the United States is removed, if the movant was
        prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if
        that right has been newly recognized by the Supreme Court and made retroactively
        applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been
        discovered through the exercise of due diligence

Therefore, movant asks that the Court grant the following relief: __Resentencing/ absent__
the career offender's provision being applied.

_____

or any other relief to which movant may be entitled.


_____

Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on ___*8-7-*___
*O7*_____ (month, date, year).


Executed (signed) on *Jason Wilson  8-7-07* (date).


*Jason Wilson*
_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion. _____

_____
_____

## IN FORMA PAUPERIS DECLARATION

_____

[Insert appropriate court]
* * * * *

James Jones
Reg. No. 14495-006
United States Penitentiary
3901 Klien Blvd
Lompoc, CA 93436



7000 0520 0022 2618 6115



Clerk' Office
United States Disrtict Court
District of Alsaka
222  7th Ave. #4, Room 229
Anchorage, Alsaka 99513