Westlaw.

Page 1

West's Ann.Cal.Health & Safety Code § 11351

▷

**Effective: March 29, 2000**

West's Annotated California Codes Currentness
  Health and Safety Code (Refs & Annos)
    Division 10. Uniform Controlled Substances Act (Refs & Annos)
      Chapter 6. Offenses and Penalties (Refs & Annos)
        Article 1. Offenses Involving Controlled Substances Formerly Classified as Narcotics (Refs & Annos)

→ **§ 11351. Possession or purchase for sale of designated controlled substances; punishment**

Except as otherwise provided in this division, every person who possesses for sale or purchases for purposes of sale (1) any controlled substance specified in subdivision (b), (c), or (e) of Section 11054, specified in paragraph (14), (15), or (20) of subdivision (d) of Section 11054, or specified in subdivision (b) or (c) of Section 11055, or specified in subdivision (h) of Section 11056, or (2) any controlled substance classified in Schedule III, IV, or V which is a narcotic drug, shall be punished by imprisonment in the state prison for two, three, or four years.

CREDIT(S)

(Added by Stats.1972, c. 1407, p. 3012, § 3. Amended by Stats.1973, c. 1078, p. 2172, § 3, eff. Oct. 1, 1973; Stats.1975, c. 1087, p. 2648, § 2; Stats.1976, c. 1139, p. 5079, § 66, operative July 1, 1977; Stats.1983, c. 790, § 4; Stats.1984, c. 1635, § 51; Stats.1985, c. 1398, § 1.5; Stats.1987, c. 970, § 2; Stats.2000, c. 8 (S.B.550), § 4, eff. March 29, 2000.)

HISTORICAL AND STATUTORY NOTES

2006 Electronic Update

2000 Legislation

Stats.2000, c. 8, in subd. (a), substituted "(b) or (c)" for "(b), (c), or (g)" following "Section 11054, or specified in subdivision", and inserted "or specified in subdivision (h) of Section 11056,".

Section 10 of Stats.2000, c. 8 (S.B.550), provides:

"SEC. 10. This act is an urgency statute necessary for the immediate preservation of the public peace, health, or safety within the meaning of Article IV of the Constitution and shall go into immediate effect. The facts constituting the necessity are:

"Dronabinol is used to alleviate nausea and loss of appetite experienced by persons with certain illnesses such as cancer or glaucoma. Reclassifying it from a Schedule II to a Schedule III substance makes dronabinol easier to prescribe and, thus, more readily available to persons who require immediate relief from these symptoms in order to sustain their nutritional intake and retain sufficient health and strength to respond to treatment of their illness."

1991 Main Volume

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**C.H.S.C § 11351**
**Exhibit D, 1 page**