IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:02-CR-00086-JWS |
| Plaintiff, | ) |
| vs. | ) [Proposed]<br>) ORDER ON GOVERNMENT'S<br>) MOTION TO DISMISS UNTIMELY |
| JASON FREDRICK WILSON, | ) FILED 28 U.S.C. § 2255 PETITION |
| Defendant. | ) |

Upon the government's motion, the Court finds that the petition to vacate, correct, or set aside sentence Jason Fredrick Wilson filed on August 7, 2007 was filed beyond the one year statute of limitations contained in 28 U.S.C. § 2255, and there being no exception to that limitations period being established, that the petition was untimely filed. Therefore IT IS ORDERED that Wilson's 28 U.S.C. § 2255petition be dismissed.

Dated this _____ day of _____, 2007, at Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge