IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

RECEIVED
SEP 0 4 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

JASON WILSON

    Petitioner,

    -vs-

Case No. 3/-02-0086-CR(JWS)

UNITED STATES OF AMERICA,

    Respondent.

_____/

### Petitioner's Motion For Production Of Transcripts

Petitioner, a federal prisoner now being housed at the United States Federal Penitentiary in Lompoc, California is herein requesting that this Honorable Court issue an Order directing the government to produce a copy of the sentencing transcripts in the above styled cause.

On or about August 13, 2007, the Petitioner cause to be filed with the Clerk's Office a motion to Set Aside and Vacate his sentence pursuant to 28 USC § 2255 where he alleged ineffective assistance on his appellate counsel's part. More specificially, the Petitioner maintained he suffered prejudice by counsel's failure to challenge the district court's application of the career offender enhancement provisions . See USSG § § 4B1.1 & 2., also see, Motion To Vacate, at p. 4-10.

The Petitioner believes that pursuant to the rules governing § 2255 at some point in time the court will issue an Order directing the United States to respond to his motion and without the sentencing transcripts it would be virtually impossible for the Petitioner to perfect a reply where the issue involves the court factual findings. Moreover, the Petitioner is moving <u>Pro Se</u> and cannot afford a copy of these documents.

Having said that, the Petitioner is requesting the court to direct

the government, by Court Order, to provide Petitioner with a copy of the Sentencing Transcripts at its earliest conveninece giving this Pro Se Petitioner time to peruse and study the documents for future litigative purposes.

This motion is being made in good faith and not for the purpose of delay.

Respectfully submitted,

Jason Wilson
Reg. No. 14495-006
United States Penitentiary
3901 Klein Blvd
Lompoc, CA 93436

2