Jason F. Wilson
Name
14495-006
Prison Number
U.S. Penitentiary, Lompoc
Place of Confinement

3901 Klein Blvd
Address
Lompoc, CA 93436
Telephone



RECEIVED
SEP 11 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

vs.

JASON F. WILSON,

　　　　Defendant.

Case No. 3:02-CR-00086-JWS

NOTICE REGARDING
STATUTE OF LIMITATIONS

I, Jason F. Wilson, representing myself, give notice to the Court that I was convicted in the United States District Court for the District of Alaska on or about May 7, 2003

1. ____ I did ~~not~~ appeal my judgment of conviction.  **OR**

   ____ My appeal to the Court of Appeals for the Ninth Circuit was completed on or about June 6, 2006

2. No, I did not file a petition for certiorari to the United States Supreme Court.

   **OR**

____ My petition for certiorari to the United States Supreme Court was denied on or about No Petition was flied/However, Petition was due 9/6/06

3. ____ Based upon the above alleged facts, I filed my motion, under 28 U.S.C. 2255, within one year of the date upon which the judgment of conviction became final. **OR**

My § 2255 motion was filed within ONE YEAR of the conviction Finality. GRiffith v. Kentucky 479 US 313 (1987)

____ I did ~~not~~ file my motion, under 28 U.S.C. § 2255, within one year of the date upon which the judgment of conviction became final, because Following the Supreme Court definition of "Finality" in the context of habeas review, the Ninth Circuit Court of Appeals has held that, the One Year Limitation Period(28 USC § 2244(d)(1)) for a federal prisoner who did not file a petition for a writ of certiorari begins to run when the time for filing the petition expires. See United States v. Gracia, 210 F.3d 1058, 59-60 (2000). The Supreme Court has examinied the question of when a conviction becomes final in the context of habeas review and the Court found that "final" as described in Griffith, means a case in which a judgement of conviction has been rendered, the availability of appeal exhausted, and the time of a petition for certiorari elasped or a petition for certiorari finally denied. Griffith v. Kentucky, 489 US at 321 n.6.

In the instant case, the conviction became final on September 6, 2006. The government concedes that the Defendant filed his petition on August 7, 2007 when he placed it in the in this institutional mail box. Government is correct and the motion is timely where the die line for its filing was September 6, 2007 and "NOT" June 6, 2007 as the government would have it.

I have attached true and correct copies of the following court orders to this Notice:[1]  NA

I, JASON F. WILSON , declare under penalty of perjury, that I have reviewed the above Notice Regarding Statute of Limitations, and that the information contained in this Notice is true and correct.

DATED September 6, 2007 , at Lompoc USP .
(Location)

*[signature]*
Signature

I hereby certify that a copy of the above Notice was mailed by first class, U.S. mail, to the United States District Court for the District of Alaska, at 222 W. 7th Avenue, # 4, Anchorage, Alaska 99513 on September 6, 2007 .
(Date of mailing, or handing to correctional officer)

*[signature]*
Signature

---

[1] Attach orders if necessary or helpful to show timely filing.

Jason Wilson
Reg. No. 14495-006
United States Penitentiary
3901 Klein Blvd
Lompoc, CA 93436

PLACE STICKER AT TOP OF ENVELOPE
TO THE RIGHT OF RETURN ADDRESS.
FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7000 0520 0022 2618 6573

U.S. PENITENTIARY LOMPOC
3901 KLEIN BLVD
LOMPOC, CA 93436

DATE:
The Enclosed letter was processed through special mailing procedures for forwarding to you. The Letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Clerk's Office
United States District Court
222 West Seventh Avenue, #9,
Anchorage, Alaska 99513

ANC
SEP 10 2007