```
                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF ALASKA
```

UNITED STATES OF AMERICA,
        Plaintiff,

                              Case Number 3:07-cv-00156-JWS
                              Case Number (3:02-cr-00086-JWS)

v.

JASON FREDERICK WILSON,
        Defendant.                  **JUDGMENT IN A CIVIL CASE**

___   **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT defendant's application for post-conviction relief [28 U.S.C. 2255] is dismissed without prejudice.

APPROVED:

/s/JOHN W. SEDWICK
United States District Judge

                                          Ida Romack
                                        Clerk of Court

Date
September 13, 2007

                                        Robin Carter
                                        (By) Deputy Clerk

[wilson judg.wpd]