IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA



RECEIVED
SEP 2 4 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA
    Plaintiff,

vs.

JASON F. WILSON,
    Petitioner.
_____/

Case No. 3:07-cv-00156-JWS
Case No. (3:02-cr-00086-JWS)

Motion For Reconsidertion Of The Court's Order
Dismissing Petitioner's § 2255 Motion

In its order dismissing Petitioner's § 2255 petition, the court found that because the Petitioner failed to appeal the court June 6, 2006 re-sentencing order, the clock for § 2255 begin to run on January 5, 2006 when the Ninth Circuit remanded the case to the district court. Given the court logic, the case became final on January 5, 2006 because Petitioner did not appeal it re-sentencing order.

The court has, with all due respect, forgotten what the Supreme Court has long held in Berman v. United States, 302 US 211,212 (1937). "Fianl judgement in a criminal case means sentence." Id. The Court recently took the opportunity to reiterate it holding in Burton v. Stewart, 547 US ___, 127 S.Ct. ___, 166 L. Ed. 2d 628, 36-37 (2007) ("Final judgement in a criminal case means sentence")

Accordingly, Petitioner's limitation peroid did not begin to run until June 6, 2006 upon resentencing by this Honorable Court. See Court's Order date September 13, 2007 stating the following:

> " However, as the Court reminded Mr. Wilson, the
> Ninth Circuit remanded Mr. Wilson's case for re-

> sentencing under United States v. Ameline 409 F.3d 1973 (9th Cir. 2005)(en banc). This Court Order **re**-imposing the original sentence was issued on June 6, 2006."

Because the Petitioner sentence did not become final until the re-sentencing period had expired-June 6, 2006, the Supreme Court law demands that the motion is timely. That is, the Petitioner had until September 6, 2007 to filed a § 2255 motion. With that in mind, the Petitioner is requesting that the court order the United States to response, in a timely fashion, to the merit of his § 2255 motion.

                                          Respectfully submitted

                                          */s/ Jason Wilson*
                                          Jason   F. Wilson
                                          Reg. No. 14495-006
                                          United States Penitentiary
                                          3901 Klein Blvd
                                          Lompoc, CA 93436

                                          Pro Se

                                    Certificate of Service

    I, Jason F. Wilson, do hereby certify  that a true and correct copy for the foregoing Motion was place in this institutional Legal Mail depository with sufficient psotage attached and mailed to:

Stephan A.  Collins
Assistant US Attorney
United States Courthouse
222  W. 7th Ave, #9, Rm.253
Anchorage, Alaska 99513-7567

On this ___ day of September, 2007.

(2)

Jason Wilson
Reg. No. 04495-006
United States Penitentiary
3901 Klein Blvd
Lompoc, CA 93436





Clerk's Office
United States District Court
Federal Building & US Courthouse
222 W. 7th Avenue, #4
Anchorage, Alaska 99513-7564