UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA



JASON F. WILSON

   Petitioner/Appellant,

  -vs-

UNITED STATES OF AMERICA,

   Respondent/Appellee.

_____/

Case No. 3:02-cr-00086-JWS
Case No. 3:07-cv-00156-JWS

Notice of Appeal

   Notice is hereby given that Petitioner/Appellant, Jason F. Wilson hereby appeals to the United States Court of Appeals for the Ninth Circuit from the judgement entered in this action on September 13, 2007. A copy of said judgement is found attached hereto.

   This Notice of Appeal is being filed comtemporaneously with the jurisdictional statement.

   On this 5th day of November, 2007

Respectfully submitted

*/s/ Jason Wilson*
Jason F. Wilson
Reg. No. 14495-006
United States Penitentiary
3901 Klein Blvd
Lompoc, CA 93436