UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA


RECEIVED
NOV 19 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

JASON F. WILSON
  Petitioner/Appellant,

-vs-

UNITED STATES OF AMERICA,
  Respondent/Appellee.
_____/

Case No. 3:02-cr-00086-JWS
Case No. 3:07-cv-00156-JWS

Petitioner/Appellant's Declaration In Support Of Motion For
Leave To Appeal In Forma Pauperis

**Jason F. Wilson**, being duly sworn, deposed and says:

1. The declaraion is made pursuant to 28 USC § 1915 in support of my motion to appeal **pro se,** and in forma pauperis.

2. I am the Petitioner/Appellant in this action.

3. I wish to appeal pro se, from the judgement of this Court's Order entered on September 13, 2007. A copy of the Notice of Appeal along with a Jurisdictional Statement I desire to file is attached hereto.

4. I believe I am entitled to reversal of the judgement mentioned herein on the following grounds.

    A.    Under 28 USC § 2255, Did The District Court Abuse Its Discretion When It Found Petitioner's § 2255 **Untimely** Despite The Motion Being Brought Within One (1) Year Of Discovering The Facts That Gave Rise To His Claim?

    B.    If A § 2255 Petitioner Presents And Otherwise **Untimely** Claim Supported By Facts Establishing Actual Innocence, Does A Court Abuse Its Discretion By Dismissing The Motion On Timeliness..... Grounds?

5. I am unable to pay the court fees and costs necessary to prosecutor the appeal or to give security for the payment.

6. I am currently unemployed here at USP Lompoc, earning $0.00 per month.

7. I do not own any real estate, stocks, bonds, notes, automoblies, or other valuable properties.

8. I have not received within the past twelve months any money from the following sources, i.e., business, rent payments, pensions, life insurance, inheritance and I am totally dependent upon family members for money to buy the bare necessities from the commissary.

9. I understand that a false statement in this declaration will subject me to penalties for perjury, therefore, I declare under penalty of perjury, pursuant to 28 USC § 1746 that the foregoing is true and correct.

10. I therefore request leave to prosecute the proposed appeal **in forma pauperis.**

Respectfully submitted

*Jason Wilson*
Jason F. Wilson
Reg. No. 14495-006
United States Penitentiary
3901 Klein Blvd
Lompoc, CA 93436