# Inmate Statement



| Inmate Reg #: | 14495006 | Current Institution: | Lompoc FCC |
| Inmate Name: | WILSON, JASON | Housing Unit: | LOM-F-A |
| Report Date: | 11/05/2007 | Living Quarters: | F01-005L |
| Report Time: | 6:19:23 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LOX | 11/5/2007 7:28:26 AM | TFN1105 | | | Phone Withdrawal | ($10.00) | | $300.09 |
| LOX | 11/3/2007 9:50:20 AM | TFN1103 | | | Phone Withdrawal | ($9.00) | | $310.09 |
| LOX | 11/2/2007 10:05:49 AM | 33302508 | | | Western Union | $100.00 | | $319.09 |
| LOX | 11/1/2007 7:01:39 PM | 49 | | | Sales | $39.00 | | $219.09 |
| LOX | 11/1/2007 6:53:13 PM | 48 | | | Sales | ($140.10) | | $180.09 |
| LOX | 11/1/2007 11:03:24 AM | 33302408 | | | Western Union | $150.00 | | $320.19 |
| LOX | 10/27/2007 1:03:18 PM | 33302008 | | | Western Union | $100.00 | | $170.19 |
| LOX | 10/25/2007 5:49:20 PM | 15 | | | Sales | ($60.60) | | $70.19 |
| LOX | 10/24/2007 8:02:52 PM | TFN1024 | | | Phone Withdrawal | ($5.00) | | $130.79 |
| LOX | 10/21/2007 12:05:58 PM | TFN1021 | | | Phone Withdrawal | ($6.00) | | $135.79 |
| LOX | 10/18/2007 5:42:47 PM | 10 | | | Sales | ($38.35) | | $141.79 |
| LOX | 10/18/2007 11:03:05 AM | 33301408 | | | Western Union | $50.00 | | $180.14 |
| LOX | 10/15/2007 3:16:36 PM | TFN1015 | | | Phone Withdrawal | ($8.00) | | $130.14 |
| LOX | 10/12/2007 2:06:42 PM | HICP1007 | | | Inmate Co-pay | ($2.00) | | $138.14 |
| LOX | 10/12/2007 2:06:28 PM | HICP1007-V | | | Inmate Co-pay | $2.00 | | $140.14 |
| LOX | 10/12/2007 2:01:13 PM | HICP1007 | | | Inmate Co-pay | ($2.00) | | $138.14 |
| LOX | 10/11/2007 9:08:30 PM | TFN1011 | | | Phone Withdrawal | ($9.00) | | $140.14 |
| LOX | 10/11/2007 5:41:40 PM | 17 | | | Sales | ($116.30) | | $149.14 |
| LOX | 10/6/2007 9:13:56 PM | TFN1006 | | | Phone Withdrawal | ($6.00) | | $265.44 |
| LOX | 10/4/2007 7:12:27 PM | 60 | | | Sales | ($81.55) | | $271.44 |
| LOX | 10/3/2007 11:03:55 AM | 33300308 | | | Western Union | $60.00 | | $352.99 |
| LOX | 10/1/2007 1:43:51 PM | | 16 | | Bills | ($27.20) | | $292.99 |
| LOX | 10/1/2007 10:05:53 AM | TFN1001 | | | Phone Withdrawal | ($5.00) | | $320.19 |
| LOX | 9/28/2007 11:03:10 AM | 33326007 | | | Western Union | $100.00 | | $325.19 |
| LOX | 9/26/2007 1:56:07 PM | TFN0926 | | | Phone Withdrawal | ($5.00) | | $225.19 |
| LOX | 9/24/2007 9:31:37 PM | TFN0924 | | | Phone Withdrawal | ($5.00) | | $230.19 |
| LOX | 9/21/2007 9:16:22 PM | TFN0921 | | | Phone Withdrawal | ($7.00) | | $235.19 |
| LOX | 9/17/2007 8:00:29 PM | 57 | | | Sales | ($88.25) | | $242.19 |
| LOX | 9/16/2007 3:49:34 PM | TFN0916 | | | Phone Withdrawal | ($3.00) | | $330.44 |
| LOX | 9/14/2007 2:03:37 PM | 33325007 | | | Western Union | $100.00 | | $333.44 |
| LOX | 9/10/2007 6:53:40 PM | 21 | | | Sales | ($85.20) | | $233.44 |
| LOX | 9/10/2007 1:33:18 PM | | 2727 | | Bills | ($22.20) | | $318.64 |
| LOX | 9/7/2007 3:37:57 PM | TFN0907 | | | Phone Withdrawal | ($10.00) | | $340.84 |

| LOX | 9/1/2007 3:03:49 PM | 33324007 | Western Union | $100.00 | $350.84 |
|-----|------|----------|---------------|---------|---------|
| LOX | 9/1/2007 9:16:03 AM | TFN0901 | Phone Withdrawal | ($5.00) | $250.84 |
| LOX | 8/31/2007 11:03:14 AM | 33324007 | Western Union | $80.00 | $255.84 |
| LOX | 8/28/2007 9:47:25 PM | TFN0828 | Phone Withdrawal | ($5.00) | $175.84 |
| LOX | 8/27/2007 7:50:08 PM | TFN0827 | Phone Withdrawal | ($7.00) | $180.84 |
| LOX | 8/27/2007 5:16:49 PM | 17 | Sales | ($142.55) | $187.84 |
| LOX | 8/25/2007 9:43:36 AM | TFN0825 | Phone Withdrawal | ($5.00) | $330.39 |
| LOX | 8/20/2007 6:12:12 PM | TFN0820 | Phone Withdrawal | ($5.00) | $335.39 |
| LOX | 8/20/2007 5:48:26 PM | 24 | Sales | ($60.20) | $340.39 |
| LOX | 8/16/2007 7:56:58 PM | TFN0816 | Phone Withdrawal | ($2.00) | $400.59 |
| LOX | 8/13/2007 6:14:44 PM | 35 | Sales | ($17.60) | $402.59 |
| LOX | 8/6/2007 8:51:46 PM | TFN0806 | Phone Withdrawal | ($12.00) | $420.19 |
| LOX | 8/6/2007 6:25:30 PM | 43 | Sales | ($96.70) | $432.19 |
| LOX | 8/6/2007 12:59:21 PM | GICP0807 | Inmate Co-pay | ($2.00) | $528.89 |
| LOX | 8/6/2007 8:41:11 AM | CC1459 | Complex Canx Check | $200.00 | $530.89 |
| LOX | 8/6/2007 8:27:32 AM | CC1336 | Complex Canx Check | $200.00 | $330.89 |
| LOX | 8/4/2007 3:03:51 PM | 33322007 | Western Union | $100.00 | $130.89 |

1 2 3

**Total Transactions: 137**

| | | | | Totals: | $300.09 | $0.00 |
|---|---|---|---|---------|---------|-------|

---

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|-----------|------------------|--------------------|-----------------|----------------|------------------|------------------------|---------------------|----------------|
| LOX | $300.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.09 |
| **Totals:** | **$300.09** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$300.09** |

---

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---------------------------|------------------------------|-------------------------------------|----------------------------------|-------------------------------|----------------------------------|--------------------------------|
| $1,795.00 | $2,110.55 | $186.82 | $320.19 | $176.55 | N/A | N/A |

# Inmate Statement



| | | | | | | Transaction | Encumbrance | |
|---|---|---|---|---|---|---|---|---|
| **Inmate Reg #:** | 14495006 | | | | **Current Institution:** | Lompoc FCC | | |
| **Inmate Name:** | WILSON, JASON | | | | **Housing Unit:** | LOM-F-A | | |
| **Report Date:** | 11/05/2007 | | | | **Living Quarters:** | F01-005L | | |
| **Report Time:** | 6:19:51 PM | | | | | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LOX | 8/2/2007 5:03:20 PM | 33321907 | | | Western Union | $30.00 | | $30.89 |
| LOX | 7/30/2007 7:47:53 PM | 73 | | | Sales | ($5.00) | | $0.89 |
| LOX | 7/29/2007 6:27:56 PM | TFN0729 | | | Phone Withdrawal | ($5.00) | | $5.89 |
| LOX | 7/28/2007 8:33:23 PM | TFN0728 | | | Phone Withdrawal | ($5.00) | | $10.89 |
| LOX | 7/27/2007 8:27:33 PM | TFN0727 | | | Phone Withdrawal | ($5.00) | | $15.89 |
| LOX | 7/23/2007 7:25:48 PM | TFN0723 | | | Phone Withdrawal | ($7.00) | | $20.89 |
| LOX | 7/23/2007 7:06:58 PM | 60 | | | Sales | ($82.55) | | $27.89 |
| LOX | 7/22/2007 6:54:49 PM | TFN0722 | | | Phone Withdrawal | ($5.00) | | $110.44 |
| LOX | 7/21/2007 7:02:39 PM | 33321007 | | | Western Union | $25.00 | | $115.44 |
| LOX | 7/20/2007 8:29:57 PM | TFN0720 | | | Phone Withdrawal | ($5.00) | | $90.44 |
| LOX | 7/20/2007 10:03:15 AM | TFN0720 | | | Phone Withdrawal | ($5.00) | | $95.44 |
| LOX | 7/19/2007 2:42:10 PM | TFN0719 | | | Phone Withdrawal | ($4.00) | | $100.44 |
| LOX | 7/16/2007 5:55:59 PM | 20 | | | Sales | ($7.10) | | $104.44 |
| LOX | 7/16/2007 5:53:23 PM | 19 | | | Sales | ($99.10) | | $111.54 |
| LOX | 7/16/2007 3:41:11 PM | TFN0716 | | | Phone Withdrawal | ($5.00) | | $210.64 |
| LOX | 7/16/2007 1:03:10 PM | 33320607 | | | Western Union | $100.00 | | $215.64 |
| LOX | 7/8/2007 4:40:17 PM | TFN0708 | | | Phone Withdrawal | ($5.00) | | $115.64 |
| LOX | 7/4/2007 3:05:19 PM | TFN0704 | | | Phone Withdrawal | ($6.00) | | $120.64 |
| LOX | 7/2/2007 7:53:55 PM | 60 | | | Sales | ($73.95) | | $126.64 |
| LOX | 7/1/2007 9:15:42 PM | TFN0701 | | | Phone Withdrawal | ($5.00) | | $200.59 |
| LOX | 6/30/2007 7:41:36 PM | TFN0630 | | | Phone Withdrawal | ($5.00) | | $205.59 |
| LOX | 6/29/2007 6:02:59 PM | 33319507 | | | Western Union | $150.00 | | $210.59 |
| LOX | 6/28/2007 6:55:54 PM | TFN0628 | | | Phone Withdrawal | ($5.00) | | $60.59 |
| LOX | 6/26/2007 5:42:32 PM | 13 | | | Sales | ($105.05) | | $65.59 |
| LOX | 6/26/2007 12:03:08 PM | 33319207 | | | Western Union | $50.00 | | $170.64 |
| LOX | 6/23/2007 12:03:00 PM | 33319007 | | | Western Union | $100.00 | | $120.64 |
| LOX | 6/20/2007 9:31:28 PM | TFN0620 | | | Phone Withdrawal | ($5.00) | | $20.64 |
| LOX | 6/19/2007 5:13:46 PM | 3 | | | Sales | ($102.90) | | $25.64 |
| LOX | 6/19/2007 10:11:35 AM | TFN0619 | | | Phone Withdrawal | ($2.00) | | $128.54 |
| LOX | 6/18/2007 7:34:47 AM | TFN0618 | | | Phone Withdrawal | ($5.00) | | $130.54 |
| LOX | 6/16/2007 6:42:35 PM | TFN0616 | | | Phone Withdrawal | ($5.00) | | $135.54 |
| LOX | 6/15/2007 10:26:28 AM | TFN0615 | | | Phone Withdrawal | ($5.00) | | $140.54 |
| LOX | 6/14/2007 4:54:57 PM | TFN0614 | | | Phone Withdrawal | ($5.00) | | $145.54 |

| LOX | 6/14/2007 7:50:21 AM | TFN0614 | Phone Withdrawal | ($2.00) | $150.54 |
|-----|----------------------|---------|------------------|---------|---------|
| LOX | 6/12/2007 5:55:26 PM | 37 | Sales | ($68.05) | $152.54 |
| LOX | 6/9/2007 3:06:28 PM | TFN0609 | Phone Withdrawal | ($5.00) | $220.59 |
| LOX | 6/5/2007 5:29:49 PM | 24 | Sales | ($159.95) | $225.59 |
| LOX | 6/4/2007 7:03:18 PM | 33317607 | Western Union | $300.00 | $385.54 |
| LOX | 6/2/2007 9:17:56 PM | TFN0602 | Phone Withdrawal | ($5.00) | $85.54 |
| LOX | 5/31/2007 9:34:32 PM | TFN0531 | Phone Withdrawal | ($9.00) | $90.54 |
| LOX | 5/29/2007 3:15:59 PM | TFN0529 | Phone Withdrawal | ($2.00) | $99.54 |
| LOX | 5/27/2007 4:02:34 PM | 33317107 | Western Union | $100.00 | $101.54 |
| LOX | 5/22/2007 8:00:42 PM | 112 | Sales | ($1.55) | $1.54 |
| LOX | 5/22/2007 7:58:58 PM | 111 | Sales | ($62.25) | $3.09 |
| LOX | 5/20/2007 7:46:54 PM | TFN0520 | Phone Withdrawal | ($5.00) | $65.34 |
| LOX | 5/15/2007 6:50:36 PM | 38 | Sales | ($60.40) | $70.34 |
| LOX | 5/14/2007 10:06:27 AM | TFN0514 | Phone Withdrawal | ($4.00) | $130.74 |
| LOX | 5/8/2007 5:40:23 PM | 12 | Sales | ($70.90) | $134.74 |
| LOX | 5/5/2007 7:59:30 AM | TFN0505 | Phone Withdrawal | ($10.00) | $205.64 |
| LOX | 5/4/2007 11:03:16 AM | 33315507 | Western Union | $100.00 | $215.64 |

1 2 3

**Total Transactions: 137**

| | | Totals: | $300.09 | $0.00 |
|---|---|---------|---------|-------|

---

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|------------|-------------------|---------------------|------------------|-----------------|-------------------|-------------------------|----------------------|-----------------|
| LOX | $300.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.09 |
| **Totals:** | $300.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.09 |

---

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|----------------------------|-------------------------------|-------------------------------------|----------------------------------|--------------------------------|-----------------------------------|---------------------------------|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

Inmate Statement Combined                                                                                    Page 1 of 2

# Inmate Statement



| Inmate Reg #: | 14495006 | **Current Institution:** | Lompoc FCC |
| Inmate Name: | WILSON, JASON | **Housing Unit:** | LOM-F-A |
| Report Date: | 11/05/2007 | **Living Quarters:** | F01-005L |
| Report Time: | 6:19:59 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LOX | 5/1/2007 5:31:14 PM | 38 | | | Sales | ($99.15) | | $115.64 |
| LOX | 5/1/2007 11:03:21 AM | 33315207 | | | Western Union | $150.00 | | $214.79 |
| LOX | 4/29/2007 7:41:12 PM | TFN0429 | | | Phone Withdrawal | ($1.00) | | $64.79 |
| LOX | 4/27/2007 8:53:15 PM | TFN0427 | | | Phone Withdrawal | ($5.00) | | $65.79 |
| LOX | 4/25/2007 9:35:28 PM | TFN0425 | | | Phone Withdrawal | ($4.00) | | $70.79 |
| LOX | 4/24/2007 5:46:41 PM | 18 | | | Sales | ($51.20) | | $74.79 |
| LOX | 4/17/2007 5:38:16 PM | 18 | | | Sales | ($24.70) | | $125.99 |
| LOX | 4/15/2007 11:02:38 AM | 33314107 | | | Western Union | $50.00 | | $150.69 |
| LOX | 4/10/2007 6:53:38 PM | 39 | | | Sales | ($70.15) | | $100.69 |
| LOX | 4/4/2007 2:43:14 PM | TFN0404 | | | Phone Withdrawal | ($12.00) | | $170.84 |
| LOX | 4/4/2007 5:03:07 AM | 33313307 | | | Western Union | $150.00 | | $182.84 |
| LOX | 4/3/2007 7:47:07 PM | 71 | | | Sales | ($66.80) | | $32.84 |
| LOX | 4/3/2007 5:52:05 PM | TFN0403 | | | Phone Withdrawal | ($1.00) | | $99.64 |
| LOX | 4/1/2007 11:19:59 AM | TFN0401 | | | Phone Withdrawal | ($3.00) | | $100.64 |
| LOX | 3/30/2007 8:26:50 PM | TFN0330 | | | Phone Withdrawal | ($2.00) | | $103.64 |
| LOX | 3/29/2007 6:41:36 PM | TFN0329 | | | Phone Withdrawal | ($2.00) | | $105.64 |
| LOX | 3/28/2007 6:03:25 PM | 33312807 | | | Western Union | $100.00 | | $107.64 |
| LOX | 3/25/2007 5:27:35 PM | TFN0325 | | | Phone Withdrawal | ($4.00) | | $7.64 |
| LOX | 3/24/2007 5:50:16 PM | TFN0324 | | | Phone Withdrawal | ($1.00) | | $11.64 |
| LOX | 3/22/2007 3:37:33 PM | TFN0322 | | | Phone Withdrawal | ($1.00) | | $12.64 |
| LOX | 3/21/2007 7:18:00 PM | 133 | | | Sales | ($51.60) | | $13.64 |
| LOX | 3/21/2007 10:58:37 AM | | 1459 | | Bills | ($200.00) | | $65.24 |
| LOX | 3/17/2007 4:51:23 PM | TFN0317 | | | Phone Withdrawal | ($5.00) | | $265.24 |
| LOX | 3/14/2007 6:41:37 PM | 117 | | | Sales | ($79.95) | | $270.24 |
| LOX | 3/13/2007 2:23:53 PM | | 1336 | | Bills | ($200.00) | | $350.19 |
| LOX | 3/9/2007 7:20:27 AM | TFN0309 | | | Phone Withdrawal | ($8.00) | | $550.19 |
| LOX | 3/7/2007 6:44:55 PM | 86 | | | Sales | ($162.45) | | $558.19 |
| LOX | 3/6/2007 5:19:59 AM | 70178001 | | | Lockbox - CD | $305.34 | | $720.64 |
| LOX | 3/5/2007 3:04:09 PM | 33311107 | | | Western Union | $150.00 | | $415.30 |
| LOX | 3/4/2007 7:03:34 PM | 33311107 | | | Western Union | $115.00 | | $265.30 |
| LOX | 3/4/2007 1:01:46 PM | TFN0304 | | | Phone Withdrawal | ($7.00) | | $150.30 |
| LOX | 3/2/2007 12:03:52 PM | 33311007 | | | Western Union | $100.00 | | $157.30 |
| LOX | 2/27/2007 6:03:01 PM | 33310707 | | | Western Union | $50.00 | | $57.30 |

| | | | | | | |
|------|------------------------|----------|-------------------|-----------|----------|
| LOX | 2/27/2007 2:46:30 PM | TFN0227 | Phone Withdrawal | ($5.00) | $7.30 |
| LOX | 2/26/2007 8:00:48 PM | 64 | Sales | ($77.70) | $12.30 |
| LOX | 2/26/2007 12:23:32 PM | TFN0226 | Phone Withdrawal | ($10.00) | $90.00 |
| LOX | 2/25/2007 4:02:56 PM | 33310607 | Western Union | $100.00 | $100.00 |

1 2 3

**Total Transactions: 137**

|  | Totals: | $300.09 | $0.00 |
|--|---------|---------|-------|

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|------------|-------------------|---------------------|------------------|-----------------|-------------------|-------------------------|----------------------|-----------------|
| LOX | $300.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.09 |
| **Totals:** | **$300.09** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$300.09** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|----------------------------|-------------------------------|-------------------------------------|----------------------------------|--------------------------------|-----------------------------------|---------------------------------|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |