**RECEIVED**
NOV 1 9 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

JASON F. WILSON
  Petitioner/Appellant,

-vs-

UNITED STATES OF AMERICA,
  Respondent/Appellee.
_____/

Case No. 3:02-cr-00086-JWS
Case No. 3:07-cv-00156-JWS

Petitioner/Appellant Wilson's Application For A
Certificate Of Appealability

This case raises questions of fundamental importance implicating Appellant's constitutional right to habeas corpus review. Therefore, Appellant respectfully moves this Court to grant him a Certificate of Appealability ("COA") pursuant to 28 USC § 2253, and F.R.A.P. 22 (b). Appellant seeks a "COA" as to this Court's dismissal of his habeas petition and as to each of the issues raised therein, as follows:

(1) Under 28 USC § 2255, Did The District Court Abuse Its Discretion When It Found Petitoner's § 2255 Motion **Un**timely Despite.....The Motion Being Brought Within One Year Of Discovering The Facts That Gave Rise To His Claim?

(2) If A § 2255 Petitioner Presents And Otherwise **Un**timely Claim Supported By Facts Establishing Actual Innocence, Does A Court Abuse It Discretion By Dismissing The Motion On Timeliness Ground?

Petitioner/Appellant has attached a brief memorandum that sets forth the reasons for granting the "COA."

Respectfully Submitted

*[signature]*
Jason F. Wilson
Reg. No. 14495-006
United States Penitentiary
3901 Klein Blvd
Lompoc, CA 93436