INFORMATION COPY
FOR CLIENT
From Law Offices of John C. Pharr

**John C. Pharr**              Date  nov 1/06

**From:** cmecfmail@akd.uscourts.gov
**Sent:** Friday, September 08, 2006 11:02 AM
**To:** cmecfmail@akd.uscourts.gov
**Subject:** Activity in Case 3:02-cr-00086-JWS USA v. Staples "Order on Motion for Certificate of Appealability"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Alaska

Notice of Electronic Filing

The following transaction was received from GMM, COURT STAFF entered on 9/8/2006 at 11:01 AM ADT and filed on 9/8/2006
**Case Name:**     USA v. Staples
**Case Number:**   3:02-cr-86
**Filer:**
**Document Number:** 135

**Docket Text:**
ORDER denying [134] Motion for Certificate of Appealability as to Jason Frederick Wilson. (GMM, COURT STAFF)

The following document(s) are associated with this transaction:

**3:02-cr-86-1 Notice will be electronically mailed to:**

Stephan A. Collins    Stephan.Collins@usdoj.gov, Kristine.O'Neill@usdoj.gov; usaak.ecf@usdoj.gov

F. Richard Curtner    Rich_Curtner@fd.org, Karolyn_Miller@fd.org; akx_ecf@fd.org

Karen Loeffler    karen.loeffler@usdoj.gov, monica.johnson2@usdoj.gov; usaak.ecf@usdoj.gov

John C. Pharr    jpharr@gci.net, recipes4a@yahoo.com

**3:02-cr-86-1 Notice will be delivered by other means to:**

Kevin Terrell Staples
30173-018
USP - Atwater
POB 019001
Atwater, CA 95301

Exhibit "B"

9/8/2006