IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

JASON F. WILSON
  Petitioner/Appellant,

-vs-

UNITED STATES OF AMERICA,
  Respondent/Appellee.
_____/

Case No. 3:02-cr-00086-JWS
Case No. 3:07-cv-00156-JWS

Petitioner/Appellant's Declaration
Pursuant To 28 USC § 1746

The undersigned, I, Jason F. Wilson, swear under penalty of perjury pursuant to 28 USC § 1746, that the facts stated herein or true and correct to the best of my knowledge.

On or about June 6, 2006, I was resentenced in the United States District Court for the District of Alaska. Upon being notified of said re-imposition of the original sentence, I immediately requested that my attorney filed a notice of appeal in regard to the resentencing issue. Having given notice to counsel of my desire to appeal, on and around September 6, 2006, counsel, by United States Mail, filed a Certificate of Appealability with.......regarding the re-sentencing issue. See Exhibit A attached to "COA". Upon learning that counsel had filed a COA instead of a Notice of Appeal, Petitioner/Appellant attempted to contact counsel by phone but to no avail. See Court Order denying "COA" on September 8, 2006. Sometime subsequent to the aforementioned court order, Petitioner/Appellant spoke with counsel regarding his neglect to file a Notice of Appeal where counsel stated that he believe said "COA" was the proper way to go after resentencing.

Exhibit "C"

However, after some conversation, counsel admitted he had errored by submitting a "COA" instead of a Notice of Appeal because he now understood that the case was, or would have been, still on direct appeal subsequent to resentencing. When the Petitioner/Appellant inquired about post-conviction procedures, counsel averred that he would be unavailable to assist Petitioner/Appellant in any such post-conviction action.

**I, Jason F. Wilson, Petitioner/Appellant herein,** swear under penatly of perjury that the foregone statements made in this declaration are true and correct to the best of my knowledge.

Signed by _Jason Wilson_
          Jason F. Wilson

On November 5th, 2007


Witnessed by _____

On November 5th, 2007

2