UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

JASON F. Wilson
   Petitioner/Appellant,

-vs-                          Case No. 3:02-cr-00086
                              Case No. 3:07-cv-00156

UNITED STATES OF AMERICA,
   Respondent/Appellee.
_____/

JURISDICTIONAL STATEMENT

    The United States District Court for the District of Alaska had jurisdiction pursuant to 28 USC §2255.

    Jurisdiction is invoked on the United States Court of Appeals For The Ninth Circuit from the judgement which was entered on September 13, 2007, pursuant to 28 USC § 1291.

    This jurisdictional statement is being filed contemporaneously with the Notice of Appeal.

                                   Respectfully submitted

                                   /s/ Jason Wilson
                                   Jason F. Wilson
                                   Reg. No. 14495-006
                                   United States Penitentiary
                                   3901 Klein Blvd
                                   Lompoc, CA 93436