**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*UNITED STATES OF AMERICA*    v.    *JASON FREDERICK WILSON*

THE HONORABLE JOHN W. SEDWICK                CASE NO. 3:02-cr-00086-JWS

PROCEEDINGS:    **ORDER FROM CHAMBERS**           Date:  January 8, 2008

At docket 154, Jason Frederick Wilson requests a Certificate of Appealability. The motion is **DENIED**, because Wilson has not presented a substantial claim of denial of a constitutional right.  28 U.S.C. § 2253(c)(2).   Wilson may now request a certificate from the Court of Appeals.

At docket 153, Wilson asks the court for permission to prosecute his appeal *in forma pauperis*.  While it is clear that he lacks funds, the absence of an issue which could be pursued on appeal requires this court to deny the motion.  However, if the Court of Appeals should issue a Certificate of Appealability, then Wilson would be entitled to proceed *in forma pauperis*.  Accordingly, the motion at docket 153 is **GRANTED** on condition that Wilson secure a Certificate of Appealability from the Court of Appeals.