# 08-35088

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED
FEB 0 4 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**CASE INFORMATION:**
Short Case Title: USA v. WILSON
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: JOHN W. SEDWICK 3:07-cv-156-JWS AND 3:02-cr-86-JWS

Date Petition Filed: 08/14/07
Date Appealed Judgment *entered*: 09/14/07
Date NOA *filed*: 11/19/07
COA Status (check one):
___granted in full (attach order)    _X_denied in full (send record)
___granted in part (send record)    ___pending

Court Reporter(s) Name and Phone Number: NONE
Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: _    Date Docket Fee billed: _
Date FP granted: _    Date FP denied: _
Is FP pending? YES    Was FP Limited/Revoked?
US Government Appeal? NO
Companion Cases? Please list: _
Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| **JASON F. WILSON** | **STEPHAN F. COLLINS** |
| REG. NO. 14495-006 | US ATTORNEY'S OFFICE |
| UNITED STATE PENITENTIARY | 222 W. 7TH AVE, #9 |
| 3901 KLEIN BLVD | ANCHORAGE, AK 99513 |
| LOMPOC, CA 93436 | FAX: 907-271-1500 |
| PRO SE | |

___retained  ___CJA  ___FPD  ___FPD  ___Other    Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: 14495-006    Address: _
Custody: _    Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _    9th Circuit Docket Number: _

Name and phone number of person completing this form: CARLA APPLEBEE
907-677-6138